Application Granted
SO ORDERED
Brooklyn, New York
Dated: 2/3/2021

*/s/ Eric N. Vitaliano*

Eric N. Vitaliano
United States District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
Raizel Twerski, individually
and on behalf of all those
similarly situated,

               Plaintiff,        STIPULATION OF DISMISSAL

    -against-                 20-CV-5228

Professional Claims Bureau, Inc.,

               Defendant.
----------------------------------x

       WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

       WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

       IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against PROFESSIONAL CLAIMS BUREAU, INC., with prejudice and without costs to any party.

| | |
|---|---|
| RAIZEL TWERSKI | PROFESSIONAL CLAIMS BUREAU, INC. |
| *[signature]* | *[signature]* |
| JOSEPH H. MIZRAHI, ESQ. | ARTHUR SANDERS. ESQ. |
| COHEN & MIZRAHI, LLP | BARRON & NEWBURGER, P.C. |
| 300 Cadman Plaza West, 12th Floor | 30 South Main Street |
| Brooklyn, NY  11201 | New City, NY  10956 |
| Attorney for plaintiff | Attorney for defendant |